Docusign Envelope ID: 6D4DB030-6615-453F-8177-EF108AB6BFFF

EEOC Form 5 (06/22)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|

| Illinois Department of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.)<br>Traneil Thomas | Home Phone<br>708-557-2348 | Year of Birth<br>1973 |
|---|---|---|

| Street Address, City State and ZIP Code<br>2462 Riverhills Lane, Bolingbrook, IL 60490 |
|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>The Village of Bolingbrook | No. Employees, Members<br>300+ | Phone No.<br>630-226-8412 |
|---|---|---|

| Street Address, City State and ZIP Code<br>375 West Briarcliff Rd, Bolingbrook IL 60440 |
|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address, City, State and ZIP Code

| DISCRIMINATION BASED ON<br>Race, Age, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE |  |
|---|---|---|
|  | Earliest<br>2021 | Latest<br>Present |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached Charge Outline.

[Notary seal: DELANEY HUNT, OFFICIAL SEAL, Notary Public, State of Illinois, My Commission Expires February 10, 2027]

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>[signature: delaney hunt] |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>[DocuSigned signature] |
| 9/20/2024  [DocuSigned: signature]<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Ex. A

## **CHARGE OUTLINE**

I. Complainant, Traneil Thomas (black male), is an "employee" within the meaning of Title VII. Respondent, The Village of Bolingbrook, is an "employer" within the meaning of Title VII.

II. Respondent Village of Bolingbrook hired Complainant to work in the Police Department in December 2003 to present.

III. Complainant currently holds the rank of Patrol Seargeant.

IV. While employed at The Village of Bolingbrook, Respondent discriminated against Complainant by failing to promote Complainant to the rank of Lieutenant in one or more of the following ways:

   a. Based on <u>Race</u>
      i. By giving preferential treatment to white males in promotional processes, including but not limited to:
         1. Patrick Kinsella;
         2. Steven Ficek;
         3. Joseph Hilbruner;
         4. Steve Jahnke;
         5. Nicholas Keedy;
         6. Dane Stepien.

      ii. By promoting white males with less seniority and/or less education than Complainant, including but not limited to:
         1. Patrick Kinsella;

      iii. By favoring white males in the promotional process and/or by awarding more "Chief's points" to white males in the promotional process;

      iv. Respondent has also allowed racist and race-based jokes and or use of the "N" word;.

   b. Based on <u>Age</u>:

      i. Complainant is 51 yrs old;

      ii. Supervisors and co-workers spreading rumors that he is retiring – which is false;

Ex. A

2

    iii. By failing to promote Complainant and/or by showing favoritism in the promotional process to younger officers including:

        1. Patrick Kinsella (41);
        2. Steven Ficek (41);
        3. Steve Jahnke (46);
        4. Nicholas Keedy (46);
        5. Dane Stepien (43)
        6. Jason Mitchem (41).

    iv. These six (6) named individuals all had less time on the job, and/or less time holding the rank of sergeant; and or less experience in training other officers and/or less education, skills and/or experience than Complainant.

2

Ex. A