EEOC Form 5 (06/22)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | | |

| Illinois Department of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.)<br>Antonio Tucker | Home Phone<br>815-483-8935 | Year of Birth<br>1979 |
|---|---|---|

Street Address, City State and ZIP Code

1212 Woodland Court, Joliet, IL 60436

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>The Village of Bolingbrook | No. Employees, Members<br>300+ | Phone No.<br>630-226-8412 |
|---|---|---|

Street Address, City State and ZIP Code

375 West Briarcliff Rd, Bolingbrook IL 60440

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address, City, State and ZIP Code

| DISCRIMINATION BASED ON<br>Race, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 2019     Latest: Present |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

See attached Charge Outline.

DELANEY HUNT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 10, 2027

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements*<br>*[signature: Delaney Hunt]* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*[signature]* |
| 9/23/2024<br>*Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Ex. B

## **CHARGE OUTLINE**

I. Complainant, Antonio Tucker (black male), is an "employee" within the meaning of Title VII. Respondent, The Village of Bolingbrook, is an "employer" within the meaning of Title VII.

II. Respondent Village of Bolingbrook hired Complainant to work in the Police Department in September 2015 to present.

III. Complainant currently holds the rank of Patrol Sergeant.

IV. While employed at The Village of Bolingbrook, Respondent discriminated against Complainant based on his race in one or more of the following ways:

    A. By discouraging Complainant from taking the Lieutenant promotional exam;

    B. By limiting the number of African Americans who could hold positions in the police department command structure based on race;

    C. Failing to promote Complainant to the rank of Lieutenant;

    D. By giving preferential treatment to white males in promotional processes, including but not limited to:
        1. Patrick Kinsella;
        2. Brennan Woods.

    E. By promoting white males with less seniority and/or less education than Complainant, including but not limited to:

        1. Patrick Kinsella

    F. By favoring white males in the promotional process and/or by awarding more "Chief's points" to white males in the promotional process;

    G. By denying and/or limiting Complainant's overtime opportunities and/or micromanaging Complainant's overtime, but not questioning or limiting the amount of overtime white officers were permitted to work, including but not limited to:

        1. Kevin Hopkins
        2. Pete Miranda
        3. Kenny Kikilas
        4. James Block
        5. Nicholas Christopher

**Ex. B**

      6. David Henzler
      7. Brian Martin
      8. Jonathan Moritz
      9. Christopher Salerno
      10. Nicholas Schmidt
      11. Daniel Smetters
      12. Thomas Stepanek
      13. Ramon Orejel

H. By denying Complainant to use "admin" time but allowing white officers to use admin time;

I. By questioning Complainant's secondary employment and requiring Complainant to complete additional paperwork/questions regarding secondary employment, but not requiring white officers to do the same;

J. Respondent has also allowed racist and race-based jokes and or use of the "N" word;

K. Respondent has also allowed racist comments, including but not limited to:

    1. "Smile so we can see you" – during a night shift when it was dark outside, referring to Complaint's dark skin;

    2. Discussions about "ashy" skin on black women

    3. By referring to Complainant as a "crackhead".

Ex. B